# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RADOSLAV S. STEFANOV

VERSUS

BRYAN K. KISER

NO. 2026 CW 0579

**AUGUST 10, 2026**

---

In Re: Bryan K. Kiser, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 729831.

---

**BEFORE: WOLFE, STROMBERG, AND BALFOUR, JJ.**

**WRIT NOT CONSIDERED.** This writ application appears to be untimely. This court cannot ascertain whether the matter was taken under advisement or whether a written judgment was ordered, and the writ application was not filed on or before the return date of April 24, 2026. See Uniform Rules of Louisiana Courts of Appeal, Rule 4-3. Moreover, the writ application failed to comply with Rule 4-5, as it did not include a copy of the pertinent court minutes. This court also requires a copy of the transcript of the December 8, 2025 hearing and any evidence introduced at that hearing.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 and 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing information referenced above and documentation to show that the original writ application was timely, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before September 9, 2026, and must contain a copy of this ruling.

**EW**
**TPS**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT